

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00438-CR

Alfredo Arasa **HERRERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 9246
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

SIGNED August 27, 2025.

_____
Velia J. Meza, Justice